IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>JONATHAN ROBERT BLACK<br><br>　　　　　　Defendant. | CR 18-40-GF-BMM |

On July 24, 2018, the undersigned granted Defendant's Motion for a Psychiatric Exam, (Doc. 18). On September 12, 2018, the Court received notice from Captain S. Spaulding, Warden at Federal Medical Center, Devens, where the Defendant is being evaluated, requesting a 15-day extension of the final report. On October 22, 2018, the Court received notice from Captain S. Spaulding, Warden at Federal Medical Center, Devens, where the Defendant is being evaluated, requesting an extension for submission of the final report until December 14, 2018.

Accordingly, **IT IS ORDERED** that the extension of the submission of the report to the Court for Jonathan Black is **GRANTED**. The final report shall be submitted to the Court no later than **December 14, 2018.**

DATED this 23rd day of October, 2018.

Brian Morris
United States District Court Judge