IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 18-40-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| JONATHAN ROBERT BLACK, JR., | |
| Defendant. | |

A competency hearing for the Defendant Jonathan Robert Black, Jr. (Black), held on April 23, 2019, the Court finds that Black lacks sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding.

Black is not presently able to separate his delusions from reality, and his delusive thinking significantly inhibits his ability to properly assist counsel in his defense. As a result, the Court concludes that the preponderance of the evidence indicates Black does not currently have the ability or capacity to assist in his defense. Therefore,

**IT IS ORDERED,** that the defendant, Jonathan Robert Black, Jr., is committed to the custody of the Attorney General for four months, consistent with the provisions of 18 U.S.C. § 4241(d). The parties have stipulated to the placement and treatment of Black.

**IT IS FURTHER ORDERED**, that the Attorney General will submit periodic status reports as to the mental condition of the defendant, Jonathan Robert Black, Jr., to the Court, which will be disbursed to counsel of record.

Dated the 30th day of April, 2019.

Brian Morris
United States District Court Judge