IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-40-GF-BMM |
| Plaintiff, | |
| vs. | |
| JONATHAN BLACK, | |
| Defendant. | |

On April 23, 2019, the undersigned conducted a competency hearing to determine whether the Defendant, Jonathan Black (Black) was competent to stand trial in this case. The Court found Black currently suffers from a mental disorder and was not competent to stand trial and ordered Black committed to the custody of the Attorney General for a period of 4 months. (Docs. 28 and 29).

On July 9, 2019 the Court received a letter from T. Scarantino, Complex Warden, U.S. Department of Justice, Federal Bureau of Prisons, Federal Medical Center, Butner, North Carolina, requesting that the study period of Black begin on June 25, 2019, the date Black arrived a the medical facility, and the study period

end on October 22, 2019, with the final report due to the Court within 14 working days of the end date.

Accordingly, **IT IS ORDERED** that the study period will begin on June 25, 2019 and end on October 22, 2019, with the final report submitted to the Court no later than 14 working days of the end date of the evaluation of Black.

DATED this 9th day of July, 2019.

_____
Brian Morris
United States District Court Judge